# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

Timothy L. Bedolick,

(Full Name of each Plaintiff)

Plaintiff(s),

Case No. **13-C-0909**
(Supplied by Clerk)

v.

J.D. Knowles; Cory Polishinski; Andy Fisher; J. Moerhty; Matthew Cooper; David Metts; Mike Setter; Kellen Williams; Detective Thomas; Christina Mc Nichol

(Full Name of each Defendant)

Defendant(s).

## COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

I. **PLACE OF PRESENT CONFINEMENT** (Provide full address)

Ozaukee County Jail

A. Is there a grievance procedure in your prison/jail? YES ☒ NO ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

YES ☒ NO ☐

II. **PARTIES**

A. Your name (Plaintiff) Timothy L. Bedolick

B. Prisoner I.D. Number # 162743

C. Social Security Number (Last Four Digits Only) 8029

D. Your Address (City & State) Milwaukee, WI.

(For additional plaintiffs provide the same information, in the same format, on a separate page.)

**PARTIES - continued**

E. DEFENDANT (name) J.D. Knowles

is employed as Officer/Detective

at Ozaukee County Justice Center

F. Additional DEFENDANTS (name, position, and place of employment):
Cory Polishinski - Detective - Mequon Police Dep.

Andy Fischer - Detective - Mequon Police Dep.

J. Moertly - Officer - Mequon Police Dep.

Matthew Cooper - DEA Task Force - HIDTA    Kellen Williams - DEA Task Force - HIDTA
David Metts - DEA Task Force - HIDTA    Mike Sitter - West Allis Officer
Detective Thomas - Ozaukee PD
Christina Mc Nichol - HIDTA

## III. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court relating to the same facts involved in this action?    ☐ YES    ☒ NO

B. Have you begun other lawsuits in state or federal court relating to your imprisonment? ☐ YES    ☒ NO

C. If your answer is YES to either of the above questions, provide the following requested information.

1. Parties to the previous lawsuit

Plaintiff(s): _____

Defendant(s): _____

2. Date filed _____

3. Court where case filed (if federal court, name district: if state court, name the county) _____

6. Current status (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

_____

7. If resolved, date of disposition _____

8. If resolved, state whether for _____ (plaintiff or defendant)

(For additional cases, provide the above information in the same format on a separate page.)

## IV. STATEMENT OF CLAIM

A. State as briefly as possible the facts of your case. Describe how each named defendant is involved. Include the name of other persons involved, dates, and places. Describe specifically the injuries incurred. Do not give legal arguments or cite cases or statutes. You may do that in Item "B" below. If you allege related claims, number and set forth each claim in a separate paragraph. Use as much space as you need to state the facts. Attach extra pages, if necessary. Unrelated separate claims should be raised in a separate civil action.

I present this case with the illegal Search and Siesure; Illegal Arrest; Illegal use of evidence obtained by officers/detectives; violation of the Miranda Rule once I was in custody. All this occurred with no probable cause.

It was on August 26th 2011 when Detective J.D. Knowles pretended to be Erik Yakowicz and use his cell phone to set up a drug purchase. This happened on 20th and Capitol Drive in Milwaukee, WI. at a Walgreens parking lot. With the

**STATEMENT OF CLAIM continued**

federal law enforcement of HIDTA, Mequon and Ozaukee police conducting the operation. When my gray van appeared the officers descended upon me and my step son (James Vaughn) and friend (Katie Long) who were passengers.

Detective J.D. Knowles of Ozaukee County was in charge of the illegal Search + Siesure, also the illegal use of the defendants cell phone during this operation. And finally he violated

the Miranda Rule when I was in custody.
- Cory Polishinski was also involved with the arrest and violation of Miranda Rule. Both of the detectives obtained an illegal statement once I instituted my rights to them of wanting a lawyer. Andy Fischer; Jason Moertly; Matthew Cooper; David Metts; Mike Sitter; These officers were involved with the illegal arrest, search and seizure. With my property of; my van, money, cell phone and other misc. items.

B. State briefly your legal theory or cite appropriate authority.

The Mequon Police Dep; Ozaukee County and MEG Police with Violation of the rights guaranteed to me by the 4th, 5th, 6th and 14th amendments, of the U.S. Constitution. Article 1, Section 7, 8, 9 and of the Wisconsin constitution section 968.07, 968.75, and 968.10.

- My legal theory was that I felt "entrapped" by J.D. Knowles and the police agencies who were pretending to be someone they were not. Which by profiling me and my two passengers with no probable cause to pull me over and/or seize the vehicle and occupants. The officers present did not possess the knowledge and facts that would warrant them to believe a suspect has or would commit a crime.

## V. RELIEF YOU REQUEST

State briefly and exactly what you want the court to do for you. Make no legal arguments. Do not use this space to state the facts of your claim. Use it only to request remedies for the injuries you complain about.

I would like the court to look into my argument and consider these circumstances I am now in. With the consideration of me and my family being put into this horrible situation. This I have been incarcerated

since August, 8th 2011 to present day. This has all caused a great deal of emotional, mental and physical harm to me and especially my family. My fiancé and "3" kids have been living without their father to support and raise them. I sincerely and respectfully ask for some form of compensation for the pain and suffering this has caused my family. Thank You for your time.

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this 13 day of July, 2013.

*Timothy Reddick*
Signature of Plaintiff(s)

(If there are multiple plaintiffs, each must sign the complaint)

Prisoner I.D. Number(s) 162743